UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Anthony W. Ishii
United States District Judge
Fresno, California

RE:   ALEJANDRO BEDOY
Docket Number:  1:05CR00491-01 AWI
REQUEST TO RESCIND MODIFICATION
OF SUPERVISED RELEASE CONDITION

Your Honor:

On December 8, 2005, this officer submitted a Form 12B - Petition to Modify the Conditions of Supervision With Consent of the Offender. In this report, the Court was advised that Mr. Bedoy submitted two random drug tests which returned "urine substituted", and on a separate test date, he was found to possess a "rig" which he attempted to use in efforts to submit a fraudulent drug test (a test taken that date later returned positive to Methamphetamine). Your Honor approved this officer's request to modify the conditions of supervision, to include: 1) "Up-to-120 days" placement at Turning Point Comprehensive Sanctions Center; 2) Participate in drug/alcohol treatment program (inpatient or outpatient); 3) Program of drug testing; and 4) Co-payment.

On or about December 13, 2005, Turning Point advised this officer that Mr. Bedoy's placement would not be approved (it had been earlier approved) given the fact that he had a prior sex offense conviction. On December 15, 2005, this officer discussed this situation with Mr. Bedoy, and he agreed to reside and participate in Westcare, Inc., a residential drug treatment facility for the same amount of time. Mr. Bedoy's placement at Westcare commenced on December 21, 2005, and he remains in the program to date.

The Westcare placement is authorized by the Special Condition directing Mr. Bedoy to participate in a drug/alcohol treatment program (inpatient) as directed by the probation officer. A Probation Form 49a - Waiver is not required.

This officer has spoken to Mark Cullers, Assistant United States Attorney, and Mr. Cullers is in agreement with the following recommendation.

Re:   **ALEJANDRO BEDOY**
      **Docket Number:   1:05CR00491-01 AWI**
      <u>**REQUEST TO RESCIND MODIFICATION**</u>
      <u>**OF SUPERVISED RELEASE CONDITION**</u>

**Recommendation:**  It is respectfully recommended that, <u>in lieu of</u> the Westcare, Inc. residential placement, Your Honor rescind the Special Condition, ordered on December 8, 2005, directing Mr. Bedoy to reside and participate at Turning Point Comprehensive Sanctions Center for a period of "up-to-120 days."

A signature block is provided below for Your Honor's consideration.

Respectfully submitted,

/s/ Hubert J. Alvarez

**HUBERT J. ALVAREZ**
**Senior United States Probation Officer**

Dated:     January 4, 2006
           Fresno, California
           HJA

**REVIEWED BY:**     /s/ Bruce Vasquez
                    **BRUCE A. VASQUEZ**
                    **Supervising United States Probation Officer**

Attachment(s)

cc:   Mark Cullers
      Assistant United States Attorney

      Federal Defender

_____

APPROVED: ____✖_____          NOT APPROVED: _____

IT IS SO ORDERED.

**Dated:   January 9, 2006**            /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE